Company. No opinion. Judgment unanimously affirmed, with costs.

MASON, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. October 23, 1907.) Action by Thomas F. Mason against Evelyn E. Thompson.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD and JENKS, JJ., dissent.

MAURER v. FRIEDMAN et al. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Mary E. Maurer against Samuel Friedman and others. No opinion. Motion denied, with $10 costs. Order filed.

MAYER, Respondent, v. DAVIS et al., Appellants. (Supreme Court, Appellate Division, Second Department, October 18, 1907.) Action by Florence E. Mayer against Marian Davis and others. No opinion. Motion for reargument granted, and case set down for Monday, October 21, 1907. See 103 N. Y. Supp. 943, 946.

MAYER, Respondent, v. GOTTLIEB, Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Rosalynde A. Mayer against William B. Gottlieb. G. C. Weil, for appellant. N. G. Goldberger, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MEANY, Respondent, v. HURWITZ. Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by John Meany against Wulf Hurwitz. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs. See 100 N. Y. Supp. 975.

In re MEISZNER'S ESTATE. (Supreme Court, Appellate Division, First Department. October 25, 1907.) In the matter of the estate of George Meiszner, deceased. No opinion. Decree affirmed, with costs. Order filed.

MERRITT, Appellant, v. PIERCE, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Madison Merritt against John Pierce. No opinion. Judgment unanimously affirmed, with costs.

M. HARTLEY CO., Appellant, v. EVANS, Respondent, et al. (Supreme Court, Appellate Division, First Department. November 22, 1907.) Action by the M. Hartley Company against Thomas E. Evans, impleaded. W. F. Goldbeck, for appellant. R. L. Moffett, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MILES v. BARTON. DOBYNS 'v. COMMONWEALTH TRUST CO. BAUCHELLE 106 N.Y.S.—72

v. ROTHSCHILD. HYLAND v. WOODBURY INST. BRYANT v. CARR. HORSFORD v. MANVILLE. HOROWITZ v. BROADS MFG. CO. DEMPSEY v. RUTLAND MARBLE CO. HIRSCHFIELD v. HANLEY & CO. KEAR v. NEW YORK CITY RY. CO. RICHTER v. COLON. ALTHAUSE v. BANKERS' TRUST CO. DAMSKY v. WELTFISCH. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Actions by Herbert L. Miles against James Barton, by Robert A. Dobyns against the Commonwealth Trust Company, by William M. Bauchelle against Jacob Rothschild, by Mary E. Hyland against the Woodbury Institution, by J. Wilson Bryant against Austin Carr, by Elizabeth A. Horsford against Hiram E. Manville, by Morris Horowitz against the Broads Manufacturing Company, by John M. Dempsey against the Rutland Marble Company, by Morris Hirschfield against Hanley & Company, by Henry Kear against the New York City Railway Company, by John Richter against George Colon, by Walter Althause against the Bankers' Trust Company, and by Annie Damsky against Abraham S. Weltfisch. No opinions. Applications in each case denied, with $10 costs. Orders signed.

MILGRIM et al., Appellants, v. FEUER, Respondent. (Supreme Court, Appellate Division, Second Department. October 23, 1907.) Action by Max Milgrim and another against William Feuer. No opinion. Judgment of the Municipal Court affirmed with costs.

MILLRING, Appellant, v. KEITSCH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by William J. Millring against Mary Keitsch and another. No opinion. Judgment and order affirmed, with costs.

MINCH v. NEW YORK EVENING JOURNAL et al. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Michael Minch against the New York Evening Journal and others. No opinion. Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

MINCH, Respondent, v. NEW YORK EVENING JOURNAL et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Margaret Minch against the New York Evening Journal and another. M. De Witt, for appellants. J. G. Pheil, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed.

MINSKY v. JACOBS. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Louis Minsky against J. Randolph Jacobs. No opinion. Motion denied, on payment of $10 costs, and on condition that appellant have appeal ready for argument on the first motion day of the December term. Order filed.